UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA J. DISEN a/k/a Maria Jimenez Disen-Colon,<br><br>Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC,<br><br>Defendant. | CIVIL ACTION NO. 3:21-CV-00521<br><br>(SAPORITO, M.J.) |

FILED
WILKES BARRE
MAR 23 2021
PER _____
DEPUTY CLERK

### ORDER

AND NOW, this **23rd** day of March, 2021, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Pursuant to Standing Order No. 16-3, this matter shall be **TRANSFERRED** to the United States Bankruptcy Court for the Middle District of Pennsylvania for further proceedings in connection with the plaintiff's bankruptcy case, *In re Disen Colon*, No. 5:04-bk-52421; and

2. The Clerk shall mark this district court case as **CLOSED**.

/s/ Joseph F. Saporito, Jr.
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge