IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA DISEN, | : | Civil No. 3:21-CV-521 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | (Magistrate Judge Carlson) |
| BAYVIEW LOAN SERVICING, LLC., | : | |
| Defendant | : | |

# ORDER

AND NOW, this 1st day of November 2023, in accordance with the accompanying Memorandum IT IS ORDERED that the plaintiff's motion for subpoenas (Doc. 23) is DENIED without prejudice to renewal at a later date if appropriate.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge